FILED
U.S. DISTRICT COURT

2011 JUN 16  A 11: 28

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| JESSE ANNE MAJORS,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, a California nonprofit public benefit corporation, RUDY HASL, JEFFREY JOSEPH, BETH KRANSBERGER, ERIC MITNICK, JULIE GARRETT, CLAIRE WRIGHT, JOY DELMAN, JULIE CROMER-YOUNG, ARNOLD ROSENBERG, JANE LARRINGTON, PATRICK MEYER, LISA FERREIRA, ANGELA BAYNE, JAN DAUSS, LISA CHIGOS, CATHERINE DEAN, AND ALL MEMBERS OF THE ETHICS COMMITTEE OF THOMAS JEFFERSON SCHOOL OF LAW 2006-2011,<br><br>    Defendants, | NOTICE OF REMOVAL<br><br>Case: 2:11cv00558<br>Assigned To : Waddoups, Clark<br>Assign. Date : 6/16/2011<br>Description: Majors v. Thomas Jefferson School of Law et al |
|---|---|

Pursuant to 28 U.S.C. §§ 1441(A) AND 1446 Defendant Thomas Jefferson School of Law hereby provides notice of its removal of this action from the Utah Third Judicial District Court to the United States District Court for the District of Utah, Central Division. In so doing said Defendant states as follows:

## BACKGROUND AND FOUNDATION FOR REMOVAL

1. On or about May 12, 2011 Plaintiff filed an action with the Utah Third District Court as reflected in her complaint attached hereto as part of Exhibit One. Thomas Jefferson School of Law was served with a summons and the complaint on May 25, 2011. On June 3, 2011 Plaintiff amended her complaint as shown in Exhibit One.

2. True and correct copies of the documents served on Defendant Thomas Jefferson School of Law and the contents of the state court file are attached as Exhibit One.

3. Venue is proper in this court because the Plaintiff resides in Salt Lake County, State of Utah.

## DIVERSITY

4. There is complete diversity between parties because Plaintiff is a resident of Salt Lake County, State of Utah, Defendant Thomas Jefferson School of Law is a California nonprofit public benefit corporation, and all individual Defendants are residents of the State of California.

## AMOUNT IN CONTROVERSY

5. The Plaintiff alleges damages of $200,000,000 in both her complaint and her amended complaint which exceeds the amount required for diversity jurisdiction.

## FEDERAL QUESTION

6. Though not clearly stated Plaintiff's complaint implies various federal question causes of action including religious, gender and age discrimination as well as violations of her constitutional rights. See paragraph two of the Plaintiff's amended complaint.

## TIMELY REMOVAL

7. This matter has been removed timely. 28 U.S.C. §1446(b) requires removal within thirty days of receipt by the Defendant of the initial pleading. The United State Supreme Court has held that the removal time runs from the formal service of a summons and complaint on the Defendant. *Murphy Bros., Inc. v. Michetti Pipe Sttringing, Inc.*, 526 U.S. 334, 348 (1999).

## MISCELLANEOUS

8. This matter is removed by Defendant Thomas Jefferson School of Law.

9. No other Defendants have been served but they need not join in removal. Unserved Defendants not required to join in removal. *Adams v. Lederle Labs.*, 569 F. Supp. 234, 243 (W.D. Mo. 1983); 16-107 Moore's Federal Practice - Civil § 107.30 n. 95

DATED this 16 day of June, 2011.

_____
ROBERT H. WILDE
Attorney for Defendant Thomas Jefferson School of Law

<u>EXHIBIT</u>
1    All pleadings served on Defendant Thomas Jefferson School of Law and all documents filed with the state court.

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Notice of Removal to be served by the method(s) indicated below and addressed to the following on this /6 day of _____July_____, 2011.

Jesse Anne Majors
6649 South 5500 West
West Jordan, Utah 84081

Delivered:

(✗) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-mail
( ) CM/ECF Posting

_____