| | |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | jessemajors@netscape.com |

183

I am the   X Plaintiff
☐ Attorney for the Plaintiff and my Utah Bar number is _____

184

185                      In the Justice Court of Utah

186       ____Third_____ Judicial District __Salt Lake_____ County
187  Court Address _450 South State Street, Salt Lake City, Utah 84114___
188

| | |
|---|---|
| JESSE ANNE MAJORS<br><br>            Plaintiff,<br><br>vs.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, a California Corporation, and RUDY HASL and JEFFREY JOSEPH and BETH KRANSBERGER and ERIC MITNICK and JULIE GARRETT and CLAIRE WRIGHT and JOY DELMAN and JULIE CROMER-YOUNG and ARNOLD ROSENBERG and JANE LARRINGTON and PATRICK MEYER and LISA FERREIRA and ANGELA BAYNE and JAN DAUSS AND LISA CHIGOS and CATHERINE DEAN and ALL MEMBERS OF THE ETHICS COMMITTEE OF THOMAS JEFFERSON SCHOOL OF LAW 2006-2011<br><br>            Defendants. | **AMENDED SUMMONS**<br><br>Civil No.   110911547<br><br>Judge Maughan |

189

190    THE STATE OF UTAH TO THE ABOVE-NAMED DEFENDANTS:

191   You are summoned and required to answer the attached complaint.

192   Within 30 days after service of this summons, you must file your

193   written answer with the clerk of the court at the following

194   address: <u>450 South State Street, Salt Lake City, Utah 84114</u>.

195   If you fail to do so, judgment by default may be taken against you for the relief demanded in the
196   complaint.

Date _____6-2-11_____   Sign here ▶ _____/s/ Jesse Anne Majors_____

Typed or printed name _____Jesse Anne Majors_____

197