ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, a California nonprofit public benefit corporation, RUDY HASL, JEFFREY JOSEPH, BETH KRANSBERGER, ERIC MITNICK, JULIE GARRETT, CLAIRE WRIGHT, JOY DELMAN, JULIE CROMER-YOUNG, ARNOLD ROSENBERG, JANE LARRINGTON, PATRICK MEYER, LISA FERREIRA, ANGELA BAYNE, JAN DAUSS, LISA CHIGOS, CATHERINE DEAN, AND ALL MEMBERS OF THE ETHICS COMMITTEE OF THOMAS JEFFERSON SCHOOL OF LAW 2006-2011,<br><br>    Defendants, | MOTION TO DISMISS<br><br><br><br>Case No.: 2:11cv00558 CW |

Pursuant to Rule 12(b)(6) Fed. R. Civ. P., Defendant Tomas Jefferson School of Law move

the court for an order dismissing Plaintiff's amended complaint on the grounds that it fails to state a cause of action on which relief may be granted. This motion is based on the fact that the Plaintiff's pleading fails to meet the standard set by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007) and fails to give the Defendant adequate information to allow it to formulate and answer.

DATED this 16th day of June, 2011.

/s/ Robert H. Wilde
ROBERT H. WILDE
Attorney for Defendant Thomas Jefferson School of Law

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Motion to be served by the method(s) indicated below and addressed to the following on this 16th day of June, 2011.

Jesse Anne Majors
6649 South 5500 West
West Jordan, Utah 84081

Delivered:

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-mail
( ) CM/ECF Posting


/s/ Robert H. Wilde