```
FILED
U.S. DISTRICT COURT

2011 JUN 29 P 1:14

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK
```

| | |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | jessemajors@netscape.com |

I am the   X Plaintiff
☐ Attorney for the Plaintiff and my Utah Bar number is _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS<br><br>            Plaintiff,<br>vs.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, a California Corporation, and RUDY HASL and JEFFREY JOSEPH and BETH KRANSBERGER and ERIC MITNICK and JULIE GARRETT and CLAIRE WRIGHT and JOY DELMAN and JULIE CROMER-YOUNG and ARNOLD ROSENBERG and JANE LARRINGTON and PATRICK MEYER and LISA FERREIRA and ANGELA BAYNE and JAN DAUSS AND LISA CHIGOS and CATHERINE DEAN and ALL MEMBERS OF THE ETHICS COMMITTEE OF THOMAS JEFFERSON SCHOOL OF LAW 2006-2011<br><br>            Defendants. | **MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Case No.   2:11cv00558-CW-SA<br><br>Judge Clark Waddoups<br>Magistrate Judge Samuel Alba |

The plaintiff in the above entitled matter hereby moves the court for an order appointing legal counsel to act on his/her behalf. The court has received the plaintiff's application to file the matter *in forma pauperis*.
Dated this _29th_ day of _June_____, 20_11_.

/s/ Jesse Anne Majors
Jesse Anne Majors

*Jesse Majors*