```
My Name         Jesse Majors
Address         6649 South 5500 West
City, State, Zip   West Jordan, Utah 84081
Phone           801-360-6880
E-mail          jessemajors@netscape.com
```

FILED
U.S. DISTRICT COURT
2011 JUN 29 P 1:14
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

I am the   X Plaintiff
           ☐ Attorney for the Plaintiff and my Utah Bar number is _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| JESSE ANNE MAJORS | |
|---|---|
| Plaintiff, | **OBJECTION TO MOTION TO DISMISS** |
| vs. | |
| THOMAS JEFFERSON SCHOOL OF LAW, a California Corporation, and RUDY HASL and JEFFREY JOSEPH and BETH KRANSBERGER and ERIC MITNICK and JULIE GARRETT and CLAIRE WRIGHT and JOY DELMAN and JULIE CROMER-YOUNG and ARNOLD ROSENBERG and JANE LARRINGTON and PATRICK MEYER and LISA FERREIRA and ANGELA BAYNE and JAN DAUSS AND LISA CHIGOS and CATHERINE DEAN and ALL MEMBERS OF THE ETHICS COMMITTEE OF THOMAS JEFFERSON SCHOOL OF LAW 2006-2011 | Case No.  2:11cv00558-CW-SA<br><br>Judge Clark Waddoups<br>Magistrate Judge Samuel Alba<br><br>**DEMAND FOR JURY TRIAL** |
| Defendants. | |

Pursuant to Rule 8(a)(1) Fed. R. Civ. P., Plaintiff Jesse Anne Majors moves the court for an order denying Defendants' Motion to Dismiss on the grounds that Plaintiff's pleading gives Defendants sufficient notice and adequate information to allow it to formulate an answer,

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Objection to be served by the method indicated below and addressed to the following on this 25th day of June, 2011.

Robert H. Wilde #3466
Bruce M. Franson #10792
Robert H. Wilde, Attorney At Law, P.C.
935 East South Union Avenue, Suite D-102
Midvale, Utah 84047

*Attorneys for Defendant Thomas Jefferson School of Law*

Delivered:

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-Mail
( ) CM/ECF Posting

/s/ Jesse Anne Majors
Jesse Anne Majors
Pro Se