| | |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | |

```
                                FILED
                            U.S. DISTRICT COURT

                            2011 JUL -8  P 1:07

                            DISTRICT OF UTAH

                            BY:_____
                                DEPUTY CLERK
```

I am the   X Plaintiff
☐ Attorney for the Plaintiff and my Utah Bar number is _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS )<br><br>Plaintiff, )<br>vs. )<br>)<br>THOMAS JEFFERSON SCHOOL OF )<br>LAW, a California Corporation, and )<br>RUDY HASL and JEFFREY JOSEPH and )<br>BETH KRANSBERGER and ERIC )<br>MITNICK and JULIE GARRETT and )<br>CLAIRE WRIGHT and JOY DELMAN )<br>and JULIE CROMER-YOUNG and )<br>ARNOLD ROSENBERG and JANE )<br>LARRINGTON and PATRICK MEYER )<br>and LISA FERREIRA and ANGELA )<br>BAYNE and JAN DAUSS AND LISA )<br>CHIGOS and CATHERINE DEAN and )<br>ALL MEMBERS OF THE ETHICS )<br>COMMITTEE OF THOMAS )<br>JEFFERSON SCHOOL OF LAW 2006- )<br>2011 )<br>)<br>Defendants. ) | **MOTION TO EXTEND FILING DEADLINE**<br><br>Case No.  2:11cv00558-CW-SA<br><br>Judge Clark Waddoups<br>Magistrate Judge Samuel Alba |

The Plaintiff hereby move(s) the Court for an Order extending the time to file Memorandum Supporting Objection to Defendants Motion to Dismiss for the following reasons:
1. Plaintiff has been very ill and was eventually hospitalized on July 5, 2011 for a colonoscopy.
2. During the colonoscopy, the doctor removed cancerous polyps.
3. Plaintiff also broke her foot and has been on pain medication since June 24, 2011.

1

4. Plaintiff saw a foot and ankle specialist on July 1, 2011 who put her in an air cast and advised her to rest as much as possible.
5. Plaintiff is a stay at home mother and her 3-year-old daughter contracted a very bad virus sometime between June 16, 2011 and when Plaintiff took daughter to pediatrician on July 5, 2011.
6. Daughter was and still is very ill with throat polyps and diarrhea and was considered highly contagious so Plaintiff could not send daughter to a babysitter or day care.
7. Hence, Plaintiff had no time to prepare a Memorandum supporting her Objection to Defendants Motion to Dismiss.
8. Furthermore, Plaintiff is planning to address Defendants concerns noted in their Motion to Dismiss by enumerating Plaintiff's causes of action and adding a modicum of facts to prove elements of each cause of action.
9. In the interest of fairness and justice, Plaintiff requests an extension of 30 calendar days, deadline to be extended to August 14, 2011, to respond to Motion to Dismiss.

DATED this 8th day of July, 2011.

_____
Jesse A. Majors
Pro Se

2

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Motion to be served by the method(s) indicated below and addressed to the following on this 8th day of July, 2011.

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202
bob@rhwildelaw.com
*Attorneys for Defendant Thomas Jefferson School of Law*

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting


DATED this 8th day of July, 2011.

Jesse A. Majors
Pro Se

3