| | |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | |

FILED
U.S. DISTRICT COURT
2011 JUL -8  P 1: 07
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

I am the    X Plaintiff
☐ Attorney for the Plaintiff and my Utah Bar number is _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THOMAS JEFFERSON SCHOOL OF )<br>LAW, a California Corporation, and )<br>RUDY HASL and JEFFREY JOSEPH and )<br>BETH KRANSBERGER and ERIC )<br>MITNICK and JULIE GARRETT and )<br>CLAIRE WRIGHT and JOY DELMAN )<br>and JULIE CROMER-YOUNG and )<br>ARNOLD ROSENBERG and JANE )<br>LARRINGTON and PATRICK MEYER )<br>and LISA FERREIRA and ANGELA )<br>BAYNE and JAN DAUSS AND LISA )<br>CHIGOS and CATHERINE DEAN and )<br>ALL MEMBERS OF THE ETHICS )<br>COMMITTEE OF THOMAS )<br>JEFFERSON SCHOOL OF LAW 2006- )<br>2011 )<br>Defendants. ) | **MOTION TO REQUEST E-FILE ACCESS**<br><br>Case No.  2:11cv00558 CW<br><br>Judge Clark Waddoups<br>Magistrate Judge Samuel Alba |

According to the Utah Courts website, Plaintiff must be an attorney in order to file documents electronically.  Plaintiff is requesting she be granted access to electronically file documents for the following reasons:
1. Plaintiff is representing herself, essentially acting as Plaintiff's attorney.
2. It is an extreme hardship on Plaintiff to drive 20 miles to the courthouse and 20 miles to return home every time Plaintiff has to file a motion or respond to such.
3. Plaintiff has a broken foot and it is an extreme hardship to find someone to get the documents from Plaintiff and go to the courthouse for her.

1

4. Plaintiff has a broken foot and it is an extreme hardship and against doctor's orders to walk significant distances and/or up and down stairs which is required of Plaintiff if she is unable to find a third party to file the documents for her.
5. Defendants have an unfair advantage over Plaintiff by having the ability to e-file documents while Plaintiff does not.
6. Defendants argue in their Opposition to Appointment of Counsel that "because Ms. Majors is sufficiently law trained that she believes she should be awarded her degree without further study or effort on her part *Hill v. SmithKline Beecham Corp.* argues that she should be allowed to use her education and represent herself", Defendants indicate their willingness to treat Plaintiff as an attorney.
7. Thus, because Defendants argue that Plaintiff should be treated as an attorney and because Plaintiff is at an extreme disadvantage by not having the ability to electronically file documents and because Plaintiff has suffered a medical injury,

Plaintiff should be granted e-file access.

DATED this 8th day of July, 2011.

_____
Jesse A. Majors
Pro Se

2

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Motion to be served by the method(s) indicated below and addressed to the following on this 8th day of July, 2011.

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202
bob@rhwildelaw.com
*Attorneys for Defendant Thomas Jefferson School of Law*

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting

DATED this 8th day of July, 2011.

_____
Jesse A. Majors
Pro Se

3