ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone:  (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>        Defendants, | RESPONSE TO MOTION FOR E-MAIL PRIVILEGES [DKT 15]<br><br><br><br>Case No.: 2:11cv00558 CW |

Defendant Thomas Jefferson School of Law does not oppose Plaintiff's motion to be allowed to file by e-mail though it does acknowledge that the court's internal rules may not allow that privilege to one who is not a member of the bar. The Defendant does note that based on its counsel's experience the United State Postal Service regularly delivers documents, including court filings to the court.

DATED this 8th day of July, 2011.

2

        /s/ Robert H Wilde
        ROBERT H. WILDE
        Attorney for Defendant Thomas Jefferson School of Law

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Memorandum to be served by the method(s) indicated below and addressed to the following on this 8th day of July, 2011.

Jesse Anne Majors
6649 South 5500 West
West Jordan, Utah 84081
Jessemajors@netscape.com

Delivered:

( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting

/s/ Robert H Wilde