IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS, ) | |
| ) | Case No. 2:11-CV-558 CW |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| THOMAS JEFFERSON SCHOOL OF ) | |
| LAW, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Plaintiff's Motion to Request E-File Access. The local rules do not allow pro se parties to e-file their documents and, therefore, the motion is DENIED.

However, the Court will allow Plaintiff to receive notice of any filings with the Court via email. Further, Plaintiff may file original documents with the Court, after which the documents will be docketed and emailed to parties of record, deeming the documents served in compliance with the local rules.

Finally, in order to facilitate the above procedures, Plaintiff must execute the attached Waiver/Electronic Case Noticing Registration Form and return it to the Court. Following receipt and docketing of the executed Waiver, the above procedures will be put in place.

DATED this 11th day of July, 2011.

BY THE COURT:

SAMUEL ALBA
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

## ELECTRONIC CASE NOTICING REGISTRATION FORM
## for Pro Se parties

Please review carefully the registration conditions set forth below before signing.

_____
Name - First        Middle        Last

_____
            Mailing Address

_____
        City, State, Zip

_____
        Telephone Number

By signing this form, I understand and consent to the following:
- Pursuant to Fed. R. Civ. P. 5(b)(2)(E), I will receive all items required to be served under Fed.R.Civ.P. 5(a) and 77 (d) and Fed. R. Crim P. 49 by e-mail transmission;
- Such electronic service will constitute service and notice of entry as required by those rules;
- I waive my right to service by USPS mail;
- I will promptly notify the Clerk of this Court when I have a change of name, address, or e-mail address.

**Email Address(es):**
  Primary E-mail address _____

  Up to two additional e-mail addresses 1)_____ ,

  2) _____

**You must read, understand and check both boxes to receive email notices in your case(s).**

☐   I understand that I will receive one 'free look' at each document for which I receive an emailed NEF (Notice of Electronic Filing). I should print and/or save this document at this time for future reference..

☐   I understand that I may obtain a PACER login to retrieve documents that I have not printed out or saved. I may register online at http://pacer.psc.uscourts.gov.

Date: _____   Signature:_____

Please mail this completed form to:
**United States District Court**
**ATTN: CM/ECF Registration**
**350 S. Main St., Rm 150**
**Salt Lake City, Utah 84101**

After this Court processes this form, you will receive by email notices in your case(s). Please call the Clerk's Office at (801) 524-6105 if you have questions concerning registration or email noticing.

Rev 2/20/11