```
FILED
U.S. DISTRICT COURT

2011 JUL 14  P 4: 18

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK
```

| | |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | |

I am the   ( X )Plaintiff

( ) Attorney for the Plaintiff and my Utah Bar number is _____

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS )<br>        Plaintiff, )<br>vs. )<br>   )<br>THOMAS JEFFERSON SCHOOL OF )<br>LAW, a California Corporation, and )<br>RUDY HASL and JEFFREY JOSEPH and )<br>BETH KRANSBERGER and ERIC )<br>MITNICK and JULIE GARRETT and )<br>CLAIRE WRIGHT and JOY DELMAN )<br>and JULIE CROMER-YOUNG and )<br>ARNOLD ROSENBERG and JANE )<br>LARRINGTON and PATRICK MEYER )<br>and LISA FERREIRA and ANGELA )<br>BAYNE and JAN DAUSS AND LISA )<br>CHIGOS and CATHERINE DEAN and )<br>ALL MEMBERS OF THE ETHICS )<br>COMMITTEE OF THOMAS )<br>JEFFERSON SCHOOL OF LAW 2006- )<br>2011 )<br>   )<br>        Defendants. ) | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Case No.  2:11cv00558-CW-SA<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba<br><br>**DEMAND FOR JURY TRIAL** |

Please incorporate Paragraph 9 of Defendant's Notice of Removal. This Proof of Summons serves as a response to that statement to ensure that all defendants are part of Plaintiff's cause of action.

I certify that I served a copy of the Complaint and Summons on the following defendants by mail, registered agent or commercial courier service that requires the defendant to sign a receipt and provides for return of that receipt to me.

The original document acknowledging receipt via registered agent is attached.

Plaintiff made substantial effort to send a copy of Complaint and Summons to each individual defendant via Certified Mail, Restricted Delivery, but these copies were returned to Plaintiff with notification from U.S. Postal Service and Postmaster that Defendants noted below refused to claim the letters. First attempt for delivery was made on June 8, 2011. Second attempt was made on June 16, 2011. Mail was returned, via hand-delivery by Postmaster, "returned to sender" on July 8, 2011.

The original documents acknowledging refusal of delivery are attached.

This proof of service may no longer be required as Defendants are now represented by counsel, ROBERT H. WILDE, ATTORNEY AT LAW, P.C., 935 East South Union Avenue Suite D-102, Midvale, Utah 84047

| Name | Address | Method | Date of Receipt |
| --- | --- | --- | --- |
| Thomas Jefferson School of Law, a California Corporation | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | 5-25-2011<br>8:45 a.m. |
| Rudy Hasl | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br><br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Jeffrey Joseph | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | 5-25-2011<br>8:45 a.m. |

| Name | Address | Method | Date of Receipt |
|---|---|---|---|
| Claire Wright | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | <br><br>5-25-2011<br>8:45 a.m. |
| Joy Delman | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Julie Cromer-Young | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br><br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Julie Garrett | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br><br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Lisa Ferreira | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br>( X) Registered Agent<br><br>( ) Commercial Courier | <br>5-25-2011<br>8:45 a.m. |
|  |  |  |  |

| Name | Address | Method | Date of Receipt |
|---|---|---|---|
| Beth Kransberger | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>(X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Jan Dauss | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>(X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Patrick Meyer | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>(X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Eric Mitnick | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>(X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Arnold Rosenberg | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>(X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br>5-25-2011<br>8:45 a.m. |

| Name | Address | Method | Date of Receipt |
|---|---|---|---|
| Angela Bayne | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>(  ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011 8:45 a.m. |
| Jane Larrington | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>(  ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011 8:45 a.m. |
| Catherine Dean | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>(  ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011 8:45 a.m. |
| Lisa Chigos | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>(  ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011 8:45 a.m. |

I have not included any non-public information in this document.
I declare under penalty of Utah Code Section 78B-5-705 that everything stated in this document is true and correct.

Date _____ July 14, 2011 _____   Sign here ▶ _____ /s/ Jesse Anne Majors _____

Typed or printed name _____ Jesse Anne Majors _____

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Proof of Service to be served by the method(s) indicated below and addressed to the following on this 14th day of July, 2011.

ROBERT H. WILDE #3466

BRUCE M. FRANSON #10792

ROBERT H. WILDE, ATTORNEY AT LAW, P.C.

935 East South Union Avenue Suite D-102

Midvale, Utah 84047

Telephone: (801) 255-4774

Fax: (801) 566-5202

bob@rhwildelaw.com

*Attorneys for Defendants*

Delivered:

( ) U.S. Mail, Postage Prepaid

( ) Hand Delivered

( ) Overnight Mail

( ) Facsimile

(x ) E-mail

( ) CM/ECF Posting

DATED this 14th day of July, 2011.

Jesse A. Majors
Pro Se

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and A<br><br>Dwight Barrett<br>2018 Richard<br>Salt Lake City, UT 84115<br>ATTORNEY FOR     Plaintiff | TELEPHONE NUMBER<br>801-755-9744<br><br>Ref. No. or File No.<br>Thomas Jefferson Law School | FOR COURT USE ONLY |
|---|---|---|
| DISTRICT COURT OF UTAH, COUNTY OF SALT LAKE - SALT LAKE CITY<br>450 S. State Street<br>Salt Lake City, UT 84111 | | |
| SHORT TITLE OF CASE:<br>Jesee Majors vs Thomas Jefferson Law School | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>795680 | | CASE NUMBER:<br>110911547PI |

Affidavit of Service

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

SUMMONS, COMPLAINT;

2. a. Party Served: Thomas Jefferson School of Law, a California Corporation

   b. Person Served: Cindy Marciell
           Title: Assistant CFO

   Gender: F   AGE: 45   Height: 5'4   Weight: 155   Race: caucasian   Hair: brown   Other:

   c. Address:   1155 Island Ave
                 San Diego, CA 92101

3. I served the party named in item 2
   a. By personally delivering the copies on: 5/25/2011    At: 08:45 AM

4. Person who served papers
   a. Name: Jaime Torres
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 119.00
   e. I am:
     (3) [X] a registered California process server:
         (i) [X] Independent Contractor
         (ii) Registration No.: 1460
         (iii) County: San Diego

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5/27/2011

Jaime Torres

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-12                    >

Affidavit of Service

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and A<br><br>Dwight Barrett<br>2018 Richard<br>Salt Lake City, UT 84115<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>801-755-9744<br><br>Ref. No. or File No.<br>Thomas Jefferson Law School | FOR COURT USE ONLY |
|---|---|---|
| DISTRICT COURT OF UTAH, COUNTY OF SALT LAKE - SALT LAKE CITY<br>450 S. State Street<br>Salt Lake City, UT 84111 | | |
| SHORT TITLE OF CASE:<br>Jesee Majors vs Thomas Jefferson Law School | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>795680 | | CASE NUMBER:<br>110911547PI |

Declaration of Reasonable Diligence

Person to Serve: Thomas Jefferson School of Law, a California Corporation

Documents Received:

SUMMONS, COMPLAINT;

I declare the following attempts were made to effect personal service, <u>no other residence or business address is known to me</u>:

May 18 2011 8:15AM 2121 SAN DIEGO AVENUE San Diego, CA, 92110;No access, business address, business close it looks like one part of business under construction.
May 20 2011 1:50PM 2121 SAN DIEGO AVENUE San Diego, CA, 92110;No access, business address, spoke to a male on site he said that they might be moving but Mrs. Vu is not in.
May 24 2011 11:50AM 2121 SAN DIEGO AVENUE San Diego, CA, 92110;No longer at this business, they moved to 1155 Island Ave, San Diego, CA 92101.
May 24 2011 2:40PM 1155 Island Ave San Diego, CA, 92101;Not in, business address, no one to accept, agents not in to return tomorrow morning.
May 25 2011 8:45AM 1155 Island Ave San Diego, CA, 92101;Substitute Served person in charge, Cindy Marciell, Assistant CFO.


Person attempting service:
   a. Name: Jaime Torres
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 119.00
   e. I am:
   (3) [X] a registered California process server:
       (i) [X] Independent Contractor
       (ii) Registration No.: 1460   Expires: 10/7/2012
       (iii) County: San Diego

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



5/26/2011

Jaime Torres

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-12                    >

Declaration of Reasonable Diligence

# Business Entity Detail

Data is updated weekly and is current as of Friday, May 06, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| THOMAS JEFFERSON SCHOOL OF LAW | |
| C1774442 | |
| 12/18/1995 | |
| ACTIVE | |
| CALIFORNIA | |
| 2121 SAN DIEGO AVENUE | |
| SAN DIEGO CA 92110 | |
| NANCY VU | |
| 2121 SAN DIEGO AVENUE | |
| SAN DIEGO CA 92110 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.