```
My Name            Jesse Majors
Address            6649 South 5500 West
City, State, Zip   West Jordan, Utah 84081
Phone              801-360-6880
E-mail             jessemajors@netscape.com
```

FILED
U.S. DISTRICT COURT

2011 JUL 19  P 1:17

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

1

I am the    X Plaintiff
            ☐ Attorney for the Plaintiff and my Utah Bar number is _____

2

3      IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

4                                  CENTRAL DIVISION
5

| JESSE ANNE MAJORS | ) | **MOTION FOR ORDER GRANTING IMMEDIATE MANDATORY INJUNCTION FOR RELEASE OF EDUCATIONAL TRANSCRIPT RECORD** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| THOMAS JEFFERSON SCHOOL OF LAW, et al., | ) | Case No.  2:11cv00558 CW |
| Defendants. | ) | Judge Clark Waddoups<br>Magistrate Judge Samuel Alba |

6
7                                    **BACKGROUND**

8      Plaintiff requests an immediate Order Granting Plaintiff Mandatory Injunction, under

9  Rule 65 Fed.R. Civ. P., requiring Defendants to release Plaintiff's educational transcript record.

10     As indicated in Plaintiff's "Amended Pleading" and "Memorandum Supporting

11   Objection to Defendant's Motion To Dismiss", Defendant Law School, Defendant Lisa Ferreira,

12   Defendant Eric Mitnick, Defendant Jeffrey Joseph, Defendant Dean Rudy Hasl, Claudia

13   Ferguson and Kim Grennan, have all received valid requests from Plaintiff to have Plaintiff's

14   transcripts sent to various persons, including herself and the State Bar of California.

15        All above-named persons have refused, in one way or another, to release any transcripts

16   of her educational record.  Please refer to and incorporate section of Plaintiff's "Memorandum

17   Supporting Objection to Defendants Motion to Dismiss" dedicated to demonstrating how the

18   Defendants have blatantly violated Plaintiff's constitutional right to her educational records

19   under FERPA[1] and evidencing how Defendants have further violated her constitutional rights

20   under the Fourteenth Amendment[2] to "pursuit of livelihood" by not releasing said records.

21        Because Plaintiff still has not received requested transcripts and Plaintiff has applied to

22   take a Paralegal Certification Examination, in which her law school transcript is required for

23   acceptance into the exam, Plaintiff requests a mandatory injunction requiring Defendants to

24   release those transcripts to:

25   1.   The State Bar of California

27        Office of Admissions

28        1149 South Hill Street

29        Los Angeles, CA 90015

30   2.   Plaintiff

31        6649 South 5500 West

32        West Jordan, UT 84081

---

[1] Family Educational Rights and Privacy Act of 1974 (FERPA), 20 U.S.C.A. §1232.
[2] U.S.C.A. Const. Amend. XIV.

33   3.   NFPA

34        P.O. Box 2016

35        Edmonds, WA  98020

36   4.   NALA

37        1516 South Boston, Suite 200

38        Tulsa, Oklahoma 74119

39

40   Plaintiff also requests an injunction prohibiting Defendants from taking part in any

41   communications, whatsoever, regarding Plaintiff to above referenced persons.

42

43   Dated this 19th day of July, 2011.
44
45                               _____
46                               Jesse Anne Majors
47                               Pro Se

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Motion to be served by the method(s) indicated below and addressed to the following on this 19th day of July, 2011.

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202
bob@rhwildelaw.com
*Attorneys for Defendant Thomas Jefferson School of Law*

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting

DATED this 19th day of July, 2011.

_____
Jesse A. Majors
Pro Se