| | |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | |

I am the  X Plaintiff
☐ Attorney for the Plaintiff and my Utah Bar number is _____

FILED
U.S. DISTRICT COURT
2011 JUL 19  P 1: 17
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al.,<br><br>        Defendants. | **MOTION TO SET ASIDE ORDER RESTRICTING E-FILING ACCESS**<br><br>**AFFIDAVIT OF FACTS IN SUPPORT OF MOTION**<br><br>Case No.  2:11cv00558 CW<br><br>Judge Clark Waddoups<br>Magistrate Judge Samuel Alba |

According to Rule 60(b)(2) of the Utah Rules of Civil Procedure,

Plaintiff Mrs. Majors requests that Order Denying Plaintiff E-File Access be set aside.

An Affidavit of Facts in Support of Motion is attached to this Motion.

DATED this 19th day of July, 2011.     _____
                                                Jesse A. Majors
                                                Pro Se

1

## AFFIDAVIT OF FACTS IN SUPPORT OF MOTION

I, Jesse A. Majors, having been sworn and being under oath, hereby allege as follows:

1. I am the Plaintiff in this lawsuit.

2. An order was entered against me on July 11, 2011.

3. I am unwilling to fill out "Waiver/Electronic Case Noticing Registration Form".

4. I believe that I have a valid legal defense to this order.  The elements of that defense include:

    a. Defendants have an unfair advantage over Plaintiff by having the ability to e-file documents while Plaintiff does not.

    b. Defendants were willing to allow Plaintiff said access even though they were aware the Rules of Civil Procedure did not allow non-attorneys access.

    c. Plaintiff was ordered to waive her right to have legal documents pertaining to her case mailed to her via the US Postal Service.  To waive this right, in conjunction with denying her right to e-file, creates a larger, unfair advantage over Plaintiff.

    d. Plaintiff should not have to travel away from her home to print documents relating to her case.

    e. Plaintiff's right to access information pertaining to her case via Pacer has been revoked, which has already created additional hardship on Plaintiff as she has not been able to view current progress regarding her case.

    f. Plaintiff has already established a "Pacer" account, which has since been

2

      revoked for no apparent reason.

Therefore,

1. Plaintiff requests to receive all documents pertaining to her case sent to her via US Postal Service and email.

2. Plaintiff requests access to the Pacer system be restored.

3. Plaintiff requests that Order requiring Plaintiff to fill out form that waives her rights be

REVERSED.


DATED this 19th day of July, 2011.

_____
Jesse A. Majors
Pro Se


SUBSCRIBED AND SWORN to before me this <u>19th</u> day of <u>July, 2011</u>.

_____
Hazel A. Chorniak
My commission expires: 11-5-2013


State of _____Utah_____

County of _____Salt Lake_____

HAZEL A. CHORNIAK
NOTARY PUBLIC-STATE OF UTAH
COMMISSION# 580732
COMM. EXP. 11-05-2013

3

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Motion to be served by the method(s) indicated below and addressed to the following on this 19th day of July, 2011.

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202
bob@rhwildelaw.com
*Attorneys for Defendants*

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting

DATED this 19th day of July, 2011.

_____
Jesse A. Majors
Pro Se

4