ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone:  (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>          Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>          Defendants, | MEMORANDUM OPPOSING MOTION TO SET ASIDE ORDER RESTRICTING E-FILING ACCESS [Docket No. 25]<br><br><br>Case No.: 2:11cv00558 CW |

Plaintiff is pro se and has shown a penchant for filing documents which are legally and factually unsupported and do nothing to further her claims but, instead, multiply these proceedings unreasonably. She urges the court to facilitate this barrage of filings by allowing her access to Pacer and to the court's electronic filing system. The Magistrate Judge properly denied her request relying on the long established rules of both Pacer and the electronic filing system.

Plaintiff brings this motion under Rule 60(b)(2) Fed. R. Civ. P., which provides for relief where there is newly discovered evidence. Plaintiff fails to describe that newly discovered evidence and has certainly not listed it in her Affidavit of Facts in Support of Motion. Plaintiff has, however, completely ignored the statutory requirements for seeking relief from an order or ruling of a magistrate judge.

The prior order was correct and well supported by the law and facts and should not be vacated.

In *Chambers v. NASCO, 501 U.S. 32 (1991)*, the court upheld a trial court's award of attorneys' fees against a party who had repeatedly taken actions which were without merit and which delayed the proceedings. These attorneys' fees were awarded against the party individually. The test for awarding attorneys fees is objective. Defendant moves the court for an award of attorneys' fees expended in association with this baseless motion.

DATED this 21st day of July, 2011.

/s/ Robert H Wilde_____
ROBERT H. WILDE
Attorney for Defendant Thomas Jefferson School of Law

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Memorandum to be served by the method(s) indicated below and addressed to the following on this 21st day of July, 2011.

Jesse Anne Majors
6649 South 5500 West
West Jordan, Utah 84081
Jessemajors@netscape.com

Delivered:

( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting


/s/ Robert H Wilde