isp

|  |  |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail |  |

FILED
U.S. DISTRICT COURT

2011 AUG -5  P 2: 22

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

I am the   ( X ) Plaintiff

( ) Attorney for the Plaintiff and my Utah Bar number is _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> THOMAS JEFFERSON SCHOOL OF ) <br> LAW, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ADDENDUM TO PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT** <br><br> **MOTION FOR ORDER DECLARING ALL DEFENDANTS PROPERLY SERVED** <br><br> Case No.  2:11cv00558-CW-SA <br><br> Judge Clark Waddoups <br><br> Magistrate Judge Samuel Alba |

Please incorporate Paragraph 9 of Defendant's Notice of Removal. This Proof of Summons serves as a response to that statement to ensure that all defendants are part of Plaintiff's cause of action.

I certify that I served a copy of the Complaint and Summons on the following defendants by mail, registered agent or commercial courier service that requires the defendant to sign a receipt and provides for return of that receipt to me.

The original document acknowledging receipt via registered agent was included with the original proof of service.

Plaintiff made substantial effort to send a copy of Complaint and Summons to each individual defendant via Certified Mail, Restricted Delivery, but these copies were returned to Plaintiff with notification from U.S. Postal Service and Postmaster that Defendants noted below refused to claim the letters.

For those Defendants marked with a letter "A" next to their name, first attempt for delivery was made on June 8, 2011; second attempt was made on June 16, 2011; mail was returned, via hand-delivery by Postmaster, "returned to sender" on July 8, 2011.

For those Defendants marked with a letter "B" next to their name, first attempt for delivery was made on June 9, 2011; second attempt was made on June 21, 2011; mail was returned to the post office June 28, 2011; a note requiring Plaintiff to pick up mail was left on July 20, 2011 and July 26, 2011; Plaintiff picked up returned mail on July 28, 2011.

For those Defendants marked with a letter "C" next to their name, first attempt for delivery was made on June 9, 2011; second attempt was made on June 21, 2011; mail was returned to the post office June 28, 2011; a note requiring Plaintiff to pick up mail was left on July 24, 2011; Plaintiff picked up returned mail on July 28, 2011.

Plaintiff argues that Defendants intentionally refused delivery of Plaintiff's documents because Defendants knew what the documents were and did not want to accept them or were advised by counsel not to accept any correspondence from Plaintiff.

Plaintiff further argues that refusing delivery essentially put Defendants on notice of said action. After all, it is not common practice for a law school to refuse delivery of documents from their students.

The original documents acknowledging refusal of delivery are attached.

This proof of service may no longer be required as Defendants are now represented by counsel, ROBERT H. WILDE, ATTORNEY AT LAW, P.C., 935 East South Union Avenue Suite D-102, Midvale, Utah 84047

| Name | Address | Method | Date of Receipt |
|---|---|---|---|
| Thomas Jefferson School of Law, a California Corporation | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | 5-25-2011<br>8:45 a.m. |
| Rudy Hasl "A" | 1155 Island Avenue, San Diego, CA 92101 | ( x )Certified Mail, Restricted Delivery<br><br><br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |

| Jeffrey Joseph "C" | 1155 Island Avenue, San Diego, CA 92101 | (X) Certified Mail, Restricted Delivery<br><br>(X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
|---|---|---|---|
| Claire Wright "C" | 1155 Island Avenue, San Diego, CA 92101 | (X) Certified Mail, Restricted Delivery<br><br>(X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Joy Delman "A" | 1155 Island Avenue, San Diego, CA 92101 | (X) Certified Mail, Restricted Delivery<br><br>(X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Julie Cromer-Young "A" | 1155 Island Avenue, San Diego, CA 92101 | (X) Certified Mail, Restricted Delivery<br><br>(X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |

| Name | Address | Method | Result |
|---|---|---|---|
| Julie Garrett "A" | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Lisa Ferreira "B" | 1155 Island Avenue, San Diego, CA 92101 | (X )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Beth Kransberger "A" | 1155 Island Avenue, San Diego, CA 92101 | (X )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Jan Dauss "A" | 1155 Island Avenue, San Diego, CA 92101 | ( )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
| Patrick Meyer "A" | 1155 Island Avenue, San Diego, CA 92101 | ( X )Certified Mail, Restricted Delivery<br><br>( X) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |

| Eric Mitnick "A" | 1155 Island Avenue, San Diego, CA 92101 | ( X )Certified Mail, Restricted Delivery | Returned to Plaintiff; Defendant refused to claim; several attempts made |
| --- | --- | --- | --- |
| | | ( X ) Registered Agent | 5-25-2011 8:45 a.m. |
| | | ( ) Commercial Courier | |
| Arnold Rosenberg "A" | 1155 Island Avenue, San Diego, CA 92101 | ( X )Certified Mail, Restricted Delivery | Returned to Plaintiff; Defendant refused to claim; several attempts made |
| | | ( X ) Registered Agent | 5-25-2011 8:45 a.m. |
| | | ( ) Commercial Courier | |
| Angela Bayne "A" | 1155 Island Avenue, San Diego, CA 92101 | (X )Certified Mail, Restricted Delivery | Returned to Plaintiff; Defendant refused to claim; several attempts made |
| | | ( X ) Registered Agent | 5-25-2011 8:45 a.m. |
| | | ( ) Commercial Courier | |
| Jane Larrington "A" | 1155 Island Avenue, San Diego, CA 92101 | ( X )Certified Mail, Restricted Delivery | Returned to Plaintiff; Defendant refused to claim; several attempts made |
| | | ( X ) Registered Agent | 5-25-2011 8:45 a.m. |
| | | ( ) Commercial Courier | |
| Catherine Dean "A" | 1155 Island Avenue, San Diego, CA 92101 | ( X )Certified Mail, Restricted Delivery | Returned to Plaintiff; Defendant refused to claim; several attempts made |
| | | ( X ) Registered Agent | 5-25-2011 8:45 a.m. |
| | | ( ) Commercial Courier | |

| Lisa Chigos "A" | 1155 Island Avenue, San Diego, CA 92101 | ( X )Certified Mail, Restricted Delivery<br><br>( X ) Registered Agent<br><br>( ) Commercial Courier | Returned to Plaintiff; Defendant refused to claim; several attempts made<br><br>5-25-2011<br>8:45 a.m. |
|---|---|---|---|

THEREFORE,

Plaintiff requests

1. An order is entered certifying that proper service has been made against all defendants listed above;

2. An order is entered stating that no further action is necessary for proper service;

3. An order is entered stating that all defendants have been put on notice of Plaintiff's complaint and summons;

4. An order is entered stating that all defendants are therefore, proper defendants and are a party to this lawsuit.

I have not included any non-public information in this document.

I declare under penalty of Utah Code Section 78B-5-705 that everything stated in this document is true and correct.

Date _____ August 1, 2011 _____  Sign here ▶ _____

Typed or printed name _____ Jesse Anne Majors

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Proof of Service to be served by the method(s) indicated below and addressed to the following on this 1st day of August, 2011.

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202
bob@rhwildelaw.com
*Attorneys for Defendants*

Delivered:

( ) U.S. Mail, Postage Prepaid

( ) Hand Delivered

( ) Overnight Mail

( ) Facsimile

(x) E-mail

( ) CM/ECF Posting

DATED this 1st day of August, 2011.

Jesse A. Majors
Pro Se



Jesse Majors.
6649 so. 5500 W
West Jordan, Ut. 84081



to
United States District Court
350 so. Main St. Room 150
Salt Lake City, Utah 84101






