IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>      Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, RUDY HASL, JEFFREY JOSEPH, BETH KRANSBERGER, ERIC MITNICK, JULIE GARRETT, CLAIRE WRIGHT, JOY DELMAN, JULIE CROMER-YOUNG, ARNOLD ROSENBERG, JANE LARRINGTON, PATRICK MEYER, LISA FERREIRA, ANGELA BAYNE, JAN DAUSS, LISA CHIGOS, CATHERINE DEAN, and ALL MEMBERS OF THE ETHICS COMMITTEE OF THOMAS JEFFERSON SCHOOL OF LAW 2006-2011,<br><br>      Defendants. | Case No. 2:11-CV-558-CW-SA<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL** |

    Before the Court is Plaintiff Jesse Anne Majors' motion for appointment of counsel.  (Doc. 8.)  Ms. Majors is a *pro se* plaintiff proceeding *in forma pauperis*.  (Doc. 33.)

    Having examined the pleadings in this matter, **IT IS HEREBY ORDERED** that Ms. Majors' motion for appointment of pro bono counsel is **GRANTED**.  The Clerk's Office is directed to appoint pro bono counsel from the Court's pro bono program.

**IT IS FURTHER ORDERED** that Ms. Majors refrain from filing any more pleadings in this case until she is able to meet with her counsel.

DATED this 15th day of August, 2011.

BY THE COURT:

_____
SAMUEL ALBA
United States Magistrate Judge