ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>    Defendant, | WITHDRAWAL OF MOTION<br><br><br>Case No.: 2:11cv00558 CW |

In response to and in reliance upon the court's order appointing counsel for the Plaintiff Defendant Thomas Jefferson School of Law withdraws its motion to require prefiling conferences on all motions, Docket No. 34.

DATED this 15th day of August, 2011.

              /s/ Robert H Wilde
              ROBERT H. WILDE
              Attorney for Defendant Thomas Jefferson School of Law

2

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Withdrawal of Motion be served by the method(s) indicated below and addressed to the following on this 15th day of August, 2011.

Jesse Anne Majors
6649 South 5500 West
West Jordan, Utah 84081
Jessemajors@netscape.com

Delivered:

( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting


/s/ Robert H Wilde