ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>　　　　Defendants, | RULE 11 MOTION<br><br><br>Case No.: 2:11cv00558 CW |

Defendant moves the court for an award of attorneys' fees pursuant to Rule 11 Fed. R. Civ. P. for the necessity of responding to Plaintiff's Motion for Imposition of Sanctions Against Defense Counsel date August 4, 2011 on the grounds that Plaintiff failed to comply with the safe harbor provisions of Rule 11 prior to filing said motion and that the motion is otherwise both procedurally and substantively baseless.

DATED this 10th day of August, 2011.

2

/s/ Robert H Wilde
ROBERT H. WILDE
Attorney for Defendant Thomas Jefferson School of Law

Case 2:11-cv-00558-CW -SA   Document 39   Filed 09/06/11   Page 2 of 3

3

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Motion to be served by the method(s) indicated below and addressed to the following on this 10th day of August, 2011.

Jesse Anne Majors
6649 South 5500 West
West Jordan, Utah 84081
Jessemajors@netscape.com

Delivered:

( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting


/s/ Robert H Wilde