ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>　　　Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>　　　Defendants, | RULE 7.1 DISCLOSURES<br><br><br>Case No.: 2:11cv00558 CW |

　　　Pursuant to Rule 7.1 Fed. R. Civ. P. Defendant Thomas Jefferson School of Law discloses the following:

　　　Parent corporation: None

　　　Publicly held corporations owning ten percent (10%) or more of Defendant's stock: None

　　　DATED 6TH day of September, 2011.

　　　　　　　　　　　　　　　　/s/ Robert H Wilde
　　　　　　　　　　　　　　　　ROBERT H. WILDE
　　　　　　　　　　　　　　　　Attorney for Defendant Thomas Jefferson School of Law

2

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Rule 7.1 Disclosure to be served by the method(s) indicated below and addressed to the following on this 6TH day of September, 2011.

Jesse Anne Majors
6649 South 5500 West
West Jordan, Utah 84081
Jessemajors@netscape.com

Delivered:

( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting


                              /s/ Robert H Wilde