# United States District Court
# District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

September 7, 2011

Ms. Jesse Anne Majors
6649 South 5500 West
West Jordan, Utah 84081

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 0 7 2011

BY D. MARK JONES, CLERK
_____
DEPUTY CLERK

RE:   PRO BONO ATTORNEY ASSIGNMENT

Dear Ms. Majors:

    The court has appointed Mr. Shane J. Shumway, of the law firm Jones, Waldo, Holbrook & McDonough to represent you in your case before the court, <u>Majors v. Thomas Jefferson School of Law,</u> 2:11 cv 558 CW-SA.  Mr..Shumway's address is:

> Shane J. Shumway, Esq
> JONES,WALDO, HOLBROOK & MCDONOUGH
> 170 South Main Street, Suite 1500
> Salt Lake City, Ut 84101
> 801 534-7482

I am pleased to let you know of his appointment.

Sincerely,

D. Mark Jones, Clerk

By: *[signature]*
Louise York
Chief Deputy Clerk