Shane J. Shumway (USB #13357)
JONES, WALDO, HOLBROOK & McDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Fax: (801) 328-0537

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS | : |
| | : |
| Plaintiff, | : **NOTICE OF ENTRY OF APPEARANCE** |
| | : |
| v. | : |
| | : Civil No. 2:11CV00558 CW |
| THOMAS JEFFERSON SCHOOL OF LAW., et al., | : |
| | : Judge Clark Waddoups |
| DefendantS. | : |
| | : Magistrate Samuel Alba |
| | : |
| | : |

Please take notice that Shane J. Shumway of the law firm of Jones Waldo Holbrook & McDonough, PC hereby enters his appearance as counsel for Plaintiff Jesse Anne Majors in the above-entitled action.  Pursuant to Rule 5 of the Federal Rules of Civil Procedure, please direct further notice and copies of pleadings, papers and other material to be served to:

> Shane J. Shumway     *(sshumway@joneswaldo.com*)
> JONES WALDO HOLBROOK & McDONOUGH PC
> 170 South Main Street, Suite 1500
> Salt Lake City, Utah 84101

997658.1

Dated this 8th day of September, 2011.

                                           JONES WALDO HOLBROOK & McDONOUGH PC

                                           By: /s/ Shane J. Shumway
                                                Shane J. Shumway
                                                *Attorneys for Plaintiff*

997658.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of September, 2011, I caused the foregoing **NOTICE OF ENTRY OF APPEARANCE** to be electronically filed with the Clerk of Court using the CM/ECF system and that the foregoing was mailed, postage prepaid to the following:

Robert H. Wilde
Bruce M. Franson
Robert H. Wilde, Attorney at Law, P.C.
935 East South Union Avenue, Suite D-102
Midvale, Utah 84047

/s/ Shane J. Shumway

997658.1