ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone:  (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>          Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>          Defendants, | WITHDRAWAL OF NOTICE TO SUBMIT [Docket # 44]<br><br><br>Case No.: 2:11cv00558 CW |

　　　Defendant Thomas Jefferson School of Law withdraws it notice to submit for decision,

Docket # 44, filed regarding its motion to dismiss.

　　　DATED this 19th day of September, 2011.


　　　　　　　　　　　　　　　　　　/s/ Robert H Wilde
　　　　　　　　　　　　　　　　　　ROBERT H. WILDE
　　　　　　　　　　　　　　　　　　Attorney for Defendant Thomas Jefferson School of Law

2

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing <document> to be served by the method(s) indicated below and addressed to the following on this 19th day of September, 2011.

Shane J. Shumway, Esq
JONES, WALDO, HOLBROOK & MCDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Ut 84101
Via Telefax 801-328-0537
sshumway@joneswaldo.com

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-mail
(x) CM/ECF Posting

/s/ Robert H Wilde

L:\D\12622\head.wpd            2