Shane J. Shumway (USB #13357)
JONES, WALDO, HOLBROOK & McDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:  (801) 521-3200
Fax: (801) 328-0537
sshumway@joneswaldo.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS | : |
| Plaintiff, | : **REQUEST TO SUBMIT FOR DECISION** |
| v. | : |
| | : Civil No. 2:11CV00558 CW |
| THOMAS JEFFERSON SCHOOL OF LAW, et al. | : Judge Clark Waddoups |
| Defendants. | : Magistrate Samuel Alba |

Pursuant to DUCivR 7-3, Shane J. Shumway and the law firm of Jones Waldo Holbrook & McDonough P.C. ("Jones Waldo") request that its Motion to Withdraw as Counsel be submitted for decision.  In support of this request, Jones Waldo respectfully represents:

1. On September 27, 2011, Jones Waldo served its Motion to Withdraw as Counsel on counsel for Defendant Thomas Jefferson School of Law ("Defendant").  (*See* Ct. Docket #47)

2. On September 27, 2011, Defendant served its Objection to Motion to Withdraw as Counsel on Jones Waldo.  (*See* Ct. Docket # 48)

1000588.1

3.       On September 28, 2011, Jones Waldo served its Reply to Defendant's Objection to Motion to Withdraw as Counsel.  (*See* Ct. Docket #49).

4.       Plaintiff Jesse Anne Majors has received, via email, copies of all filings listed in the preceding paragraphs related to the motion and a copy of this Request to Submit for Decision will be given to her via email on the date of filing the request.

5.       A hearing has not been requested. However, to avoid potentially violating the attorney-client privilege, Jones Waldo respectfully requests that if the Court needs additional information aside from the reasons set forth in the filed briefs, an *in camera* review be conducted by the Court.

Wherefore, Jones Waldo respectfully requests that its Motion to Withdraw as Counsel be submitted to the Court for decision.

DATED this 29th day of September, 2011.

JONES WALDO HOLBROOK & McDONOUGH PC

By: /s/ Shane J. Shumway
  Shane J. Shumway
  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of September, 2011, I caused to be served, via the Court's ECF system, the foregoing **REQUEST TO SUBMIT FOR DECISION** to the following:

Robert H. Wilde
Bruce M. Franson
Robert H. Wilde, Attorney at Law, P.C.
935 East South Union Avenue, Suite D-102
Midvale, Utah 84047

    /s/ Shane J. Shumway