ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone:  (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| JESSE ANNE MAJORS, <br><br>      Plaintiff, <br><br> v. <br><br> THOMAS JEFFERSON SCHOOL OF LAW, et al, <br><br>      Defendants, | OPPOSITION TO MOTION FOR SUBSTITUTED SERVICE AND RELATED MOTIONS <br><br><br> Case No.: 2:11cv00558 CW |
|---|---|

Defendant Thomas Jefferson School of Law objects to Plaintiff's motion for substituted service.

1. Plaintiff has apparently failed to comply with the first step in the process for having a Defendant served by failing to have summons properly issued by the clerk of the court.

2. Plaintiff has failed to show that the individual erstwhile Defendants are actually or presumptively avoiding service. Rather she relies on her own presumption that they are avoiding

service merely because the fail to respond to her improperly issued summons. Had they actually been served the would have been entitled to ask the court to quash service as defective because the summons are defective.

      3. Plaintiff has generally failed to comply with Rule 4 Fed. R. Civ. P.

      4. Plaintiff would appear to remain subject to the court's prior order precluding her from filing additional motions pending appearance of her appointed counsel. She currently has counsel and that order should be read as directing her not to file motions without the assistance or advice of that counsel.

      5. Plaintiff's quest for alternative service should be stayed by the court until there is a valid complaint on file in this matter which has passed muster under Rule 12(b) Fed. R. Civ. P. in order to determine who may actually be a properly identified individual Defendant, if there are in fact any properly identified individual Defendants.

      6. This action was filed May 12, 2011 in the Third District Court for the State of Utah. Plaintiff failed to serve the erstwhile individual Defendants within the 120 days required by Rule 4(m) Fed. R. Civ. P. and the action has been dismissed as to them by operation of law.

      DATED this 3rd day of October, 2011.

                             /s/ Robert H Wilde
                             ROBERT H. WILDE
                             Attorney for Defendant Thomas Jefferson School of Law

3

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing <document> to be served by the method(s) indicated below and addressed to the following on this 3rd day of October, 2011.

Shane J. Shumway, Esq
JONES, WALDO, HOLBROOK & MCDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Ut 84101
Via Telefax 801-328-0537
sshumway@joneswaldo.com

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-mail
(x) CM/ECF Posting


/s/ Robert H Wilde