ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>          Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>          Defendants, | REQUEST TO SUBMIT FOR DECISION RULE 11 MOTION [Dkt # 39]<br><br><br><br>Case No.: 2:11cv00558 CW |

      Pursuant to DUCivR 7-3 Defendant requests the clerk submit to the court for decision the Defendant's motion filed under Rule 11 Fed. R. Civ. P.

      The following pertain to that motion.

      Defendant's Rule 11 Motion filed September 6, 2011, Docket #:39.

      Defendant's Memorandum in Support of Rule 11 Motion filed September 6, 2011, Docket #:40.

A hearing is requested.

DATED this 4th day of October, 2011.

/s/ Robert H Wilde
ROBERT H. WILDE
Attorney for Defendant Thomas Jefferson School of Law

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Request to Submit for Decision to be served by the method(s) indicated below and addressed to the following on this 4th day of October, 2011

Shane J. Shumway, Esq
JONES, WALDO, HOLBROOK & MCDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Ut 84101
sshumway@joneswaldo.com
Via Telefax 801-328-0537

Delivered:

( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-mail
( x) CM/ECF Posting

/s/ Robert H Wilde