FILED
U.S. DISTRICT COURT
2011 OCT -7 A 11: 57
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

| My Name | Jesse Majors |
|---|---|
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | jessemajors@netscape.com |

I am the   ( X )Plaintiff

( ) Attorney for the Plaintiff and my Utah Bar number is _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS ) | **MOTION REQUESTING SERVICE OF PROCESS** |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No.   2:11cv00558-CW-SA |
| THOMAS JEFFERSON SCHOOL OF LAW, et al. ) | |
| ) | Judge Clark Waddoups |
| Defendants. ) | Magistrate Judge Samuel Alba |

## BACKGROUND

Plaintiff has been granted leave to proceed *in forma pauperis*. Plaintiff has already expended over $175.00 in attempting service of process on all defendants listed in the Amended

Complaint. Plaintiff is also unaware if she still has the assistance of counsel. Therefore, Plaintiff is requesting service of process costs be waived or that the court allocates an alternate way to serve said Defendants a copy of the summons and complaint without incurring further costs.

## MOTION FOR SERVICE OF PROCESS

Defense counsel has stated (Docket #52) that Plaintiff has exceeded the time limit for serving the Defendants. Plaintiff directs the court to Plaintiff's motions (Dockets #19 and #51) that Plaintiff has made multiple attempts to serve Defendants and that she has met her burden of reasonable diligence in getting said Defendants served.

Furthermore, Plaintiff was awarded assistance of counsel on August 15, 2011. The complaint was removed to federal court on June 16, 2011. The time limit has not expired according to these dates. If the time limit has passed, it is because Plaintiff's counsel, Shane Shumway, did not prepare the Summons for Service of Process as directed by Plaintiff. Nor did counsel, Shane Shumway, file an Alternate Service of Process Request as directed by Plaintiff. Thus, it is not Plaintiff's error that time has passed, which Plaintiff argues has not. Nor is it Plaintiff's error that Defendants have not been served by an alternate method. She should, therefore, be allowed to continue the service of process procedure.

Plaintiff respectfully requests that the clerk of court or Plaintiff be allowed to prepare new summons to get all Defendants properly served in accordance with Utah Rule of Civil Procedure 4.

DATED this 5TH day of October, 2011.

_____

Jesse A. Majors

Pro Se

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing to be served by the method(s) indicated below and addressed to the following on this 5TH day of October, 2011.

SHANE J. SHUMWAY (USB #13357)
JONES, WALDO, HOLBROOK & McDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
sshumway@joneswaldo.com
Attorneys for Plaintiff

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
bob@rhwildelaw.com
Attorneys for Defendants

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Overnight Mail
( ) Facsimile
(x) E-mail
( ) CM/ECF Posting
DATED this 5TH day of October, 2011.

_____
Jesse A. Majors
Pro Se