| | |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | jessemajors@netscape.com |

*FILED U.S. DISTRICT COURT 2011 OCT -7 A 11: 57 DISTRICT OF UTAH BY:_____ DEPUTY CLERK*

I am the   ( X )Plaintiff

   ( ) Attorney for the Plaintiff and my Utah Bar number is _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| JESSE ANNE MAJORS | ) | **MOTION REQUESTING STAY** |
|   Plaintiff, | ) | |
| vs. | ) | Case No.   2:11cv00558-CW-SA |
| | ) | |
| THOMAS JEFFERSON SCHOOL OF LAW, et al. | ) | Judge Clark Waddoups |
| | ) | Magistrate Judge Samuel Alba |
|   Defendants. | ) | |

  Plaintiff is requesting a stay to refrain Defendants from making any further motions until the Court has ruled on Plaintiff's Counsel's Motion to Withdraw.  Defense has stated in it Reply to Plaintiff's Motion Requesting Alternate Service that Plaintiff has been ordered by the court to

not file any motions while appointed counsel. That is an incorrect statement by Defense Counsel.

The Order states, "IT IS FURTHER ORDERED that Ms. Majors refrain from filing any more pleadings in this case until she is able to meet with her counsel." Thus, Ms. Majors now has counsel, and although counsel is requesting to withdraw, she is allowed to file motions accordingly. Hence, it is only fair that if Plaintiff is refrained from filing, defense must be stayed from doing so, also.

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing to be served by the method(s) indicated below and addressed to the following on this 5TH day of October, 2011.

SHANE J. SHUMWAY (USB #13357)
JONES, WALDO, HOLBROOK & McDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
sshumway@joneswaldo.com
Attorneys for Plaintiff

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
bob@rhwildelaw.com
Attorneys for Defendants

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Overnight Mail
( ) Facsimile
(x ) E-mail
( ) CM/ECF Posting
DATED this 5TH day of October, 2011.

_____
Jesse A. Majors
Pro Se

United States District Court
District of Utah
350 So. Main Rm 150
S.L.C., UT 84101-2180

PRESORTED
FIRST CLASS

02 1R
0002099090
MAILED FROM ZIP CODE 84104

UNITED STATES POSTAGE
$00.46⁵
PITNEY BOWES
OCT 06 2011

HAUPPED 84101