ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone:  (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>        Defendants, | REQUEST TO SUBMIT FOR DECISION<br><br><br>Case No.: 2:11cv00558 CW |

Pursuant to DUCivR 7-3 Defendant requests the clerk submit to the court for decision the Defendant's motion to dismiss under Rule 12(b)(6) Fed. R. Civ. P.

The following pertain to that motion.

Defendant's Motion to Dismiss Amended Complaint filed June 16, 2011, Docket #:3.

Defendant's Memorandum in Support of Motion to Dismiss Amended Complaint filed June 16, 2011, Docket # 4.

Plaintiff's Objections to Defendant's Motion to Dismiss Amended Complaint filed June 29, 2011, Docket # 9.

Defendant's Reply to Plaintiff's Response to Motion to Dismiss filed July 5, 2011, Docket # 12.

Plaintiff's Motion for Extension of Time to File Memo Supporting Objection to Defendant's Motion to Dismiss filed July 8, 2011, Docket # 14.

Plaintiff's Memorandum Supporting Denial of Defendant's Motion to Dismiss filed July 14, 2011, Docket #22

Defendant's Reply Re: Motion to Dismiss filed July 18, 2011, Docket # 23.

A hearing has not been requested.

DATED this 11th day of October, 2011.

    /s/ Robert H Wilde
    ROBERT H. WILDE
    Attorney for Defendant Thomas Jefferson School of Law

3

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Request to Submit for Decision to be served by the method(s) indicated below and addressed to the following on this 11th day of October, 2011.

Shane J. Shumway, Esq
JONES, WALDO, HOLBROOK & MCDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Ut 84101
sshumway@joneswaldo.com
Via Telefax 801-328-0537

Delivered:

( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-mail
( x) CM/ECF Posting


/s/ Robert H Wilde