ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone:  (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>　　　　Defendants. | RESPONSE TO DOCKET ITEMS NUMBERED 59 AND 60<br><br><br><br><br><br>Case No.: 2:11cv00558 CW |

　　Defendant responds to Plaintiff's filings docketed as  numbers 59 and 60 by incorporating by reference its response to Plaintiff's items docketed as numbers 19, 29, 30, 31, 51, and 56 which they appear to replicate in whole or in part.

　　In short, Plaintiff has shown herself incapable of adhering to the rules of civil procedure, has failed to follow the requirements of Rule 4 Fed. R. Civ. P. and has shown no reason why the provisions of that rule ought not to apply to her.

DATED this 11th day of October, 2011.

                          /s/ Robert H Wilde
                          ROBERT H. WILDE
                          Attorney for Defendant Thomas Jefferson School of Law

3

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Memorandum to be served by the method(s) indicated below and addressed to the following on this 11th day of October, 2011.

Shane J. Shumway, Esq
JONES, WALDO, HOLBROOK & MCDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Ut 84101
Via Telefax 801-328-0537
sshumway@joneswaldo.com

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting

/s/ Robert H Wilde