FILED
U.S. DISTRICT COURT

2011 OCT 13 P 1:18

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | jessemajors@netscape.com |

I am the   ( X )Plaintiff

( ) Attorney for the Plaintiff and my Utah Bar number is _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al.<br><br>　　　　Defendants. | **REQUEST TO SUBMIT CLARIFICATION OF MEMORANDUM (DOCKET #22)**<br><br>Case No.  2:11cv00558-CW-SA<br><br>Judge Clark Waddoups<br>Magistrate Judge Samuel Alba |

## BACKGROUND

Plaintiff filed a "MEMORANDUM Supporting Denial of Defendants' Motion to Dismiss" on July 14, 2011 (Docket #22).  Defendants submitted a "REQUEST for Decision"

(Docket #44) regarding this Memorandum (and other documents), but it is this recent request that has prompted Plaintiff to submit this Request.

## SUMMARY OF ARGUMENT

Although Plaintiff is unaware of a rule of civil procedure that specifically allows the submission of clarification requests, Plaintiff asks the court to consider federal rules of civil procedure that allow amendments and/or changes to documents for clarification purposes only, such as 15(a) which allows a court to freely grant leave (to file an amended complaint) when the interests of justice so require.

Plaintiff is not requesting leave to amend a complaint, at this time, but Plaintiff is requesting that the Court allow her to submit this request for clarification that the above referenced document was meant to be considered as and treated as such, an Addendum to Plaintiff's Amended Complaint (Exhibit 1) AND as an Objection to Defendants' Motion to Dismiss, while addressing Defendants concerns in a memorandum-type format. It is hoped that by granting the submission of this request, Plaintiff has exhibited to Defendants and the Court further details of the facts at issue in this action, possibly eliminating some dispute over procedural form that would waste this Court's time. Plaintiff apologizes for the confusion that the title and/or form of this Document may have caused.

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing to be served by the method(s) indicated below and addressed to the following on this 5TH day of October, 2011.

SHANE J. SHUMWAY (USB #13357)

JONES, WALDO, HOLBROOK & McDONOUGH

170 South Main Street, Suite 1500

Salt Lake City, Utah 84101

Telephone: (801) 521-3200

sshumway@joneswaldo.com

Attorneys for Plaintiff

ROBERT H. WILDE #3466

BRUCE M. FRANSON #10792

ROBERT H. WILDE, ATTORNEY AT LAW, P.C.

935 East South Union Avenue Suite D-102

Midvale, Utah 84047

Telephone: (801) 255-4774

bob@rhwildelaw.com

Attorneys for Defendants

Delivered:

( ) U.S. Mail, Postage Prepaid

( ) Overnight Mail

( ) Facsimile

(x) E-mail

( ) CM/ECF Posting

DATED this 5TH day of October, 2011.

_____
Jesse A. Majors
Pro Se