ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>　　　Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>　　　Defendants. | NOTICE TO APPOINT COUNSEL OR APPEAR IN PERSON<br><br><br><br>Case No.: 2:11cv00558 CW |

　　　Notice is hereby given that DUCivR 83-1.4(b) provides;

　　　Whenever an attorney withdraws or dies, is removed or suspended, or for any other reason ceases to act as attorney of record, the party represented by such attorney must notify the clerk of the appointment of another attorney or of his decision to appear pro se within twenty (20) days or before any further court proceedings are conducted.

　　　Plaintiff is accordingly placed on notice of her duty to either retain new counsel or appear pro se in this matter.

DATED this 17th day of October, 2011.

                                                /s/ Robert H Wilde
                                                ROBERT H. WILDE
                                                Attorney for Defendant Thomas Jefferson School of Law

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Notice to Appoint Counsel to be served by the method(s) indicated below and addressed to the following on this 17th day of October, 2011.

Jesse Anne Majors
6649 S 5500 W
West Jordan, UT 84081
Via E-mail jessemajors@netscape.com

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting

/s/ Robert H Wilde