FILED
U.S. DISTRICT COURT
2011 OCT 25 P 12:27
DISTRICT OF UTAH
BY: DEPUTY CLERK

My Name: Jesse Majors
Address: 6649 South 5500 West
City, State, Zip: West Jordan, Utah 84081
Phone: 801-360-6880
E-mail:

I am the X Plaintiff
☐ Attorney for the Plaintiff and my Utah Bar number is ________

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS<br>Plaintiff,<br><br>vs.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al.<br>Defendants. | **NOTICE OF APPEARANCE AS PRO SE LITIGANT**<br><br>Case No. 2:11cv00558 CW<br><br>Judge Clark Waddoups<br>Magistrate Judge Samuel Alba |

Pursuant to Order Granting Withdrawal of Counsel, and in accordance with the rules, Plaintiff, Jesse Majors, is submitting this Notice of Appearance as a Pro Se Litigant. Plaintiff, Jesse Majors, will proceed as a Pro Se litigant until Plaintiff's Motion for Appointment of Substituted Pro Bono Counsel has been answered.

If said motion is denied, Plaintiff will continue as a Pro Se litigant.

Dated this 20th day of October, 2011.

Jesse Anne Majors
Pro Se

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Notice to be served by the method(s) indicated below and addressed to the following on this 20th day of October, 2011.

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202
bob@rhwildelaw.com
*Attorneys for Defendant Thomas Jefferson School of Law*

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting

DATED this 20th day of October, 2011.

Jesse A. Majors
Pro Se




Mr. Jesse Majors
6649 S 5500 W
West Jordan, UT 84081

SALT LAKE CITY UT 841
24 OCT 2011 PM 4 L

USA44

US DISTRICT COURT
350 S. MAIN ST. ROOM 150
SALT LAKE CITY, UT 84101

84101+2180