|  |  |
|---|---|
| My Name | Jesse Majors |
| Address | 6649 South 5500 West |
| City, State, Zip | West Jordan, Utah 84081 |
| Phone | 801-360-6880 |
| E-mail | |

FILED
U.S. DISTRICT COURT
2011 OCT 25 P 12: 24
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

I am the   X Plaintiff
☐ Attorney for the Plaintiff and my Utah Bar number is _____

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| JESSE ANNE MAJORS | ) | **MOTION FOR APPOINTMENT OF SUBSTITUTE PRO BONO COUNSEL** |
| Plaintiff, | ) | |
| vs. | ) | |
| THOMAS JEFFERSON SCHOOL OF LAW, et al. | ) | Case No.  2:11cv00558 CW |
| Defendants. | ) | Judge Clark Waddoups<br>Magistrate Judge Samuel Alba |

**BACKGROUND**

In response to Order Granting Withdrawal of Counsel, Plaintiff Jesse Majors is submitting this Motion for Appointment of Substitute Pro Bono Counsel.

**ARGUMENT**

It is Plaintiff's contention, that previous counsel, Shane Shumway, was unwilling to assist Plaintiff in this lawsuit as evidenced by: (1) the lack of any motions submitted to the court

on Plaintiff's behalf, (2) Counsel's request to withdraw as counsel, (3) Plaintiff's email indicating her sense of Counsel's unwillingness and (4) Plaintiff's subsequent permission for Counsel to withdraw.

Plaintiff also contends that previous counsel violated Rules of Professional Conduct by not communicating to Plaintiff, emailed correspondence between Defense Counsel, Robert Wilde, and Plaintiff Counsel, Shane Shumway, that would most likely have granted Plaintiff a portion of the relief requested in her original complaint, specifically, the award of her graduation certificate and diploma. (Plaintiff directs the court to refer to her Motion for Mandatory Injunction of Diploma, mailed October 24, 2011.)

In that Motion, Plaintiff has attached emails from Defense Counsel, Robert Wilde, to Plaintiff Counsel, Shane Shumway, that indicate Defendants Thomas Jefferson School of Law and Rudy Hasl, would have awarded Plaintiff her diploma if Plaintiff had "satisfactorily responded" to Rudy Hasl's email (which is also attached to Motion for Mandatory Injunction), which Plaintiff indeed *already performed* beyond a reasonable degree (proof of which is also attached to Motion for Mandatory Injunction).

Plaintiff contends that if Shane Shumway had been a competent and ethical attorney, the court would have received (1) an Amended Complaint (which Defense Counsel had agreed to allow Shane Shumway to have until October 10, 2011 to submit), and (2) confirmation of Service of Process for the other 16 defendants listed in Complaint. (The email from Defense Counsel to Plaintiff Counsel, Shane Shumway, regarding the time extension is attached to this Motion.)

34    Plaintiff is prepared to defend her allegations of unethical and unprofessional conduct
35 against Shane Shumway. However, Plaintiff reserves the right to not disclose that information at
36 this time.
37 THEREFORE,
38    Because all parties in this lawsuit agree that assistance of counsel would be beneficial to
39 Plaintiff, the Defendants, and to the Court, Plaintiff requests that substitute pro bono counsel be
40 appointed to Plaintiff.

41
42 Dated this 21st day of October, 2011.
43
44
45    _____
      Jesse Anne Majors
46    Pro Se

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Motion to be served by the method(s) indicated below and addressed to the following on this 21st day of October, 2011.

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202
bob@rhwildelaw.com
*Attorneys for Defendant Thomas Jefferson School of Law*

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting


DATED this 21st day of October, 2011.

_____
Jesse A. Majors
Pro Se

## Shane Shumway

| | |
|---|---|
| From: | Shane Shumway |
| Sent: | Tuesday, September 20, 2011 2:01 PM |
| To: | Shane Shumway |
| Subject: | FW: Activity in Case 2:11-cv-00558-CW -SA Majors v. Thomas Jefferson School of Law et al Reply Memorandum/Reply to Response to Motion |

**From:** Shane Shumway
**Sent:** Monday, September 19, 2011 8:33 PM
**To:** 'Jessemajors@netscape.com'
**Cc:** John C. Rooker
**Subject:** RE: Activity in Case 2:11-cv-00558-CW -SA Majors v. Thomas Jefferson School of Law et al Reply Memorandum/Reply to Response to Motion

Hi Jesse,

After I received notice of his Request to Submit for Decision on Friday, I called opposing counsel and told him I was still reviewing this case and requested more time in order to adequately respond to the pleadings. In response he agreed to withdraw the request. He gave me until October 10th to file something in response to his motion to dismiss.



Thanks,

Shane

**From:** Jesse Majors [mailto:Jessemajors@netscape.com]
**Sent:** Monday, September 19, 2011 7:42 PM
**To:** Shane Shumway
**Subject:** Re: Activity in Case 2:11-cv-00558-CW -SA Majors v. Thomas Jefferson School of Law et al Reply Memorandum/Reply to Response to Motion

Hi, Shane,

How are you? Can you give me an update about what might be going on with this? This is kind of strange for him to withdraw his notice. Thanks.

Jesse

THIS ELECTRONIC MESSAGE, INCLUDING ANY ACCOMPANYING DOCUMENTS, IS
CONFIDENTIAL and may contain information that is privileged and exempt
from disclosure under applicable law. If you are neither the intended
recipient nor responsible for delivering the message to the intended
recipient, please note that any dissemination, distribution, copying or
the taking of any action in reliance upon the message is strictly
prohibited. If you have received this communication in error, please
notify the sender immediately. Thank you.

--- utd_enotice@utd.uscourts.gov wrote:

From: utd_enotice@utd.uscourts.gov
To: ecf_notice@utd.uscourts.gov
Subject: Activity in Case 2:11-cv-00558-CW -SA Majors v. Thomas Jefferson School of Law et al Reply Memorandum/Reply to Response to Motion
Date: Mon, 19 Sep 2011 17:15:21 -0600

This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801) 524-6851.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

Electronic Case Filing System

District of Utah

## Notice of Electronic Filing

The following transaction was entered by Wilde, Robert on 9/19/2011 at 5:15 PM MDT and filed on 9/19/2011

**Case Name:** Majors v. Thomas Jefferson School of Law et al
**Case Number:** 2:11-cv-00558-CW -SA
**Filer:** Thomas Jefferson School of Law
**Document Number:** 45

Docket Text:
**REPLY to Response to Motion re [3] Defendant's MOTION to Dismiss** *Amended Complaint* **MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** *Withdrawing Notice to Submit for Decision* **filed by Defendant Thomas Jefferson School of Law. (Wilde, Robert)**

**2:11-cv-00558-CW -SA Notice has been electronically mailed to:**

Bruce M. Franson &nbsp &nbsp brucefranson@qwestoffice.net, bmf23@byulaw.net, wildesecretary@hotmail.com

Robert H. Wilde &nbsp &nbsp wilderh@qwestoffice.net, wilderh@hotmail.com, wildesecretary@hotmail.com

Shane J. Shumway &nbsp &nbsp sshumway@joneswaldo.com, shane.shumway@gmail.com

**2:11-cv-00558-CW -SA Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=9/19/2011] [FileNumber=2062223-0
] [8e602c40289fdca0230e640f5a59e3c8bc21226577048606a38b554da51a9a3c8d0
30fadaac3e3c8d09e2e721679338d09d805eff92807cccb00baf6e8e7123e]]

Netscape. Just the Net You Need.

Mr. Jesse Majors
6649 S 5500 W
West Jordan, UT 84081



US DISTRICT COURT
350 S. MAIN ST. ROOM 150
SALT LAKE CITY, UT 84101