ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>    Defendants. | RESPONSE TO MOTION TO APPOINT COUNSEL [DKT # 69]<br><br><br><br>Case No.: 2:11cv00558 CW |

    Based on the court's prior appointment of counsel for Plaintiff it is apparent that the court has satisfied itself that there is no legal impediment to appointing counsel for the Plaintiff. Appointed counsel for Plaintiff would presumably subserve judicial economy but there is little reason to believe a second appointed attorney would not have concerns similar to those which caused Mr. Shumway to seek to withdraw. In short, Defendant does not oppose the appointment of another attorney for Plaintiff but does have doubts about whether other counsel could be found.

DATED this 25th day of October, 2011.

/s/ Robert H Wilde
ROBERT H. WILDE
Attorney for Defendant Thomas Jefferson School of Law

3

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Memorandum to be served by the method(s) indicated below and addressed to the following on this 25th day of October, 2011.

Jesse Anne Majors
6649 S 5500 W
West Jordan, UT 84081
jessemajors@netscape.com

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting

/s/ Robert H Wilde