ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>Defendants. | RESPONSE TO MOTION TO DISREGARD RULE 7.1 DISCLOSURES [DKT# 74]<br><br><br><br>Case No.: 2:11cv00558 CW |

    The comment to Rule 7.1 Fed. R. Civ. P. explains that the purpose of Rule 7.1 is to allow the court to determine whether there is any relationship requiring recusal of any judge to whom a matter may be assigned. Plaintiff's assumptions as to the purpose of the Rule and how the court should treat this disclosure in this case are without legal or factual support.

    In *Chambers v. NASCO, 501 U.S. 32 (1991)*, the court upheld a trial court's award of attorneys' fees against a party who had repeatedly taken actions which were without merit and

which delayed the proceedings. These attorneys' fees were awarded against the party individually. The test for awarding attorneys fees is objective. Defendant moves the court for an award of attorneys' fees expended in association with this baseless motion.

    DATED this 1st day of November, 2011.

                                          /s/ Robert H Wilde
                                          ROBERT H. WILDE
                                          Attorney for Defendant Thomas Jefferson School of Law

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Memorandum to be served by the method(s) indicated below and addressed to the following on this this 1st day of November, 2011.

Jesse Anne Majors
6649 S 5500 W
West Jordan, UT 84081
jessemajors@netscape.com

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( x) E-mail
( ) CM/ECF Posting

/s/ Robert H Wilde