S. Austin Johnson (USB #5179)
359 East 1200 South
Orem, UT 84058
(801) 426-7900
(801) 607-2216, fax
saj3orem@comcast.net

Attorney for Plaintiff Majors

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

---

| | |
|---|---|
| PLAINTIFF ANNE MAJORS           ) | ENTRY OF APPEARANCE |
| )  | |
| Plaintiff,          ) | Case No.   2:11cv00558 |
| ) | |
| vs.                                           ) | |
| ) | |
| THOMAS JEFFERSON SCHOOL OF  ) | |
| LAW, RUDY HASL, JEFFREY JOSEPH, ) | |
| CLAIRE WRIGHT, ERIC MITNICK    ) | |
| AND ELIZABETH KRANSBERGER    ) | |
| Defendants. | |

---

Comes now S. Austin Johnson, attorney, and hereby enters his appearance for Plaintiff Jesse Majors.

DATED this 21th day of May, 2012.

                Respectfully,

                S. Austin Johnson

Certificate of Mailing

I hereby certify that I caused a true and correct copy of the foregoing Notice to be served by the method(s) indicated below and addressed to the following on the 21th day of May, 2012.

ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202
bob@rhwildelaw.com
*Attorneys for Defendant Thomas Jefferson School of Law*

Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
(x) E-mail
(x ) CM/ECF Posting

DATED this 11th day of May, 2012.

_____

S. Austin Johnson