IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>              Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al.,<br><br>              Defendants. | **ORDER**<br><br>Case No.  2:11-CV-0558<br><br>Judge Clark Waddoups |

      The court has received and reviewed Plaintiff's Second Amended Complaint, as filed by her attorney.  (Dkt. No. 105, Ex. #1.)  The court will accept this filing.  Having now given Plaintiff multiple opportunities to revise her complaint, no other amendments to her complaint will be accepted absent a showing of good course.  Plaintiff shall properly serve this complaint on all Defendants, within the timeframes set in the Fed. R. Civ. P.  All such deadlines begin running as of the date of this order.  Defendants may then file responsive pleadings or motions in the normal course, as provided for under the rules.

      DATED this 25th day of May, 2012.

                                                  BY THE COURT:

                                                  Clark Waddoups<br>
                                                  United States District Judge