S. Austin Johnson (USB #5179)
359 East 1200 South
Orem, UT 84058
(801) 426-7900
(801) 607-2216, fax
Saj3orem@comcast.net

Attorney for Plaintiff

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 0 7 2012

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, RUDY HASL, JEFFREY JOSEPH, CLAIRE WRIGHT, ERIC MITNICK AND ELIZABETH KRANSBERGER<br>    Defendants. | **NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**<br><br>Case No.  2:11cv00558 CW<br><br>Judge Clark Waddoups |

NOTICE OF A LAWSUIT
AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Thomas Jefferson School of Law
   1155 Island Avenue, San Diego, CA 92101

Why are you getting this?

  A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

  This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30

days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

DATED this 1st day of June, 2012.

Respectfully,

S. Austin Johnson

Brian Majors
6649 S. 5500 W.
West Jordan, UT 84081



UNITED STATES DISTRICT COURT
350 S. MAIN ST. RM. 150
SLC, UT 84101

84101218025