ROBERT H. WILDE #3466
BRUCE M. FRANSON #10792
ROBERT H. WILDE, ATTORNEY AT LAW, P.C.
935 East South Union Avenue Suite D-102
Midvale, Utah 84047
Telephone: (801) 255-4774
Fax: (801) 566-5202

*Attorneys for Defendant Thomas Jefferson School of Law*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE ANNE MAJORS,<br><br>        Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON SCHOOL OF LAW, et al,<br><br>        Defendants. | WAIVER OF SERVICE BY DEFENDANT THOMAS JEFFERSON SCHOOL OF LAW<br><br><br><br>Case No.: 2:11cv00558 CW |

Pursuant to Rule 4 Fed. R. Civ. P. the undersigned hereby waives personal service of Defendant Thomas Jefferson School of Law.

DATED this 21st day of June, 2012.

/s/ Robert H Wilde
ROBERT H. WILDE
Attorney for Defendant Thomas Jefferson School of Law

Delivery Certificate

I hereby certify that I caused a true and correct copy of the foregoing Waiver of Service to be served by the method(s) indicated below and addressed to the following on this 21st day of June, 2012.

S. Austin Johnson
359 East 1200 South
Orem, UT 84058
801-426-7900
801-607-2216 FAX
Saj3orem@comcast.net


Delivered:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-mail
( X) CM/ECF Posting


/s/ Robert H Wilde